**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-535**

―――――――――――

In Re: ABDUL SAIYED,

Petitioner.

―――――――――――

On Petition for Writ of Mandamus. (CR-86-19)

―――――――――――

Submitted: September 20, 1996      Decided: October 1, 1996

―――――――――――

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

―――――――――――

Petition denied by unpublished per curiam opinion.

―――――――――――

Abdul Saiyed, Petitioner Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Petitioner filed a petition for writ of mandamus, seeking to have this court order the court reporters to transcribe and file in the district court, transcripts of his initial hearing, detention hearing, arraignment, suppression hearing, opening and closing statements, and sentencing hearing. Petitioner failed to show that he has a clear right to the relief sought and that no other remedy is available. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988); In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). While we grant leave to proceed in forma pauperis, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2